BEFORE THE THIRD DIVISION, MAY 12, 1943

No. 48271.—Protest 847372–G of J. W. Hampton Jr. & Co. (New York).

Opinion by CLINE, J. The principle involved is the same as that in *Nootka* v. *United States* (22 C. C. P. A. 464, T. D. 47464) and Abstract 32355. The claim under paragraph 743 was therefore sustained as to this item in accordance with stipulation of counsel.